JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
SUDHIR A. PALA, Deputy County Counsel (S.B. #261504)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICHARD C. HENNING, | No. 15-CV-05171 NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Richard Henning, and Defendant County of Santa Clara, through their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

Respectfully submitted,
JAMES R. WILLIAMS
County Counsel

Dated: June 30, 2017          By:          /S/
                                    SUDHIR A. PALA
                                    Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Respectfully submitted,
ALLACCESS LAW GROUP

Dated: June 30, 2017          By:          /S/
                                    IRENE KARBELASHVILI

Attorney for Plaintiff
RICHARD C. HENNING

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
2. Each party shall bear its own costs and attorney's fees.

DATED: June 30, 2017

HON. NATHANAEL COUSINS
U.S. Magistrate Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1565186